ACCEPTED
01-15-00576-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 6:26:09 PM
CHRISTOPHER PRINE
CLERK

01-15-00576-CR

IN THE FIRST COURT OF APPEALS

FOR THE STATE OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/19/2015 6:26:09 PM

CHRISTOPHER A. PRINE
Clerk

BELANDA FAYE PRUITT

V.

THE STATE OF TEXAS

On Appeal From the County Court at Law Number 1

NOTICE OF NONSUIT

Ike Okorafor
SBN 24071773
10101 Fondren Rd. Ste 260
Houston, Texas 77096
Telephone: (713) 471-1193
Email: Ike@olglawgroup.com

Attorney For Belanda Faye Pruitt

1

I. Notice of Nonsuit

Appellee, Belanda Faye Pruitt, files this notice requesting the appeal be dismissed because the Appellee no longer wishes to pursue the appeal.

Respectfully Submitted,

_____
Defendant – Belanda Pruitt

_____
Ike Okorafor
SBN 24071773
10101 Fondren Rd Ste 260
Houston, Tx 77096
Tel: 713-471-1193
Email: Ike@olglawgroup.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 19, 2015, the foregoing document was served by fax to attorneys of record.

Ike Okorafor